■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLLIN D.O., JR., Appellant. [896 NYS2d 276]—Appeal from an adjudication of the Monroe County Court (John R. Schwartz,

A.J.), rendered January 16, 2007. Defendant was adjudicated a youthful offender upon his plea of guilty to burglary in the second degree (two counts).

It is hereby ordered that the adjudication so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.